NOT RECOMMENDED FOR PUBLICATION
File Name: 14a0939n.06

No. 13-1796

**FILED**
*Dec 19, 2014*
DEBORAH S. HUNT, Clerk

## UNITED STATES COURTS OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| DRANA LULGJURAJ, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE |
| | ) | UNITED STATES DISTRICT |
| STATE FARM MUTUAL AUTOMOBILE | ) | COURT FOR THE EASTERN |
| INSURANCE COMPANY, | ) | DISTRICT OF MICHIGAN |
| | ) | |
| Defendant-Appellee. | ) | |
| | ) | |

BEFORE:    ROGERS and KETHLEDGE, Circuit Judges; and MALONEY, District Judge.[*]

PER CURIAM. The judgment of the district court of May 15, 2013 is vacated, and the

case is remanded to the district court for further proceedings consistent with the opinion of this

court in *Elvira Ljuljdjuraj v. State Farm Mutual Automobile Insurance Company*, No. 13-2641.

---

[*]The Honorable Paul L. Maloney, Chief United States District Judge for the Western District of Michigan, sitting by designation.